IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANNY MANZANARES,

    Plaintiff,

vs.                                                  Civil No. 04-270 WJ/WDS

CITY OF ALBUQUERQUE, et al.,

    Defendants.

## JUDGMENT

    THIS MATTER came before the Court *sua sponte*. Pursuant to the findings and conclusions set forth in the Order which accompanies this Rule 58 Judgment;

    **IT IS THEREFORE ORDERED** and **ADJUDGED** that Plaintiff's Complaint, claims and cause of action is DISMISSED WITH PREJUDICE. This disposes of this case in its entirety.

                                                                UNITED STATES DISTRICT JUDGE