IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Danny Manzanares,

    Plaintiff,

vs.                                                 No. CV 04-270  WJ/WDS

City of Albuquerque,

    Defendant.

## MINUTE ORDER

    Please be advised that the above captioned case has been transferred from District Judge **William P. Johnson** to **District Judge James A. Parker.**

    In accordance with D.N.M.LR-Civ. 10.1 'the first page of each document must have the case file number and initials of the assigned Judges.' **Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**

    Kindly reflect this change when submitting further pleadings for this case.

CASE NUMBER **CV 04-270 JP/WDS.**

                                                       MATTHEW J. DYKMAN
                                                       CLERK OF THE COURT