IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNY MANZANARES,

      Plaintiff,

vs.                                      No. CIV 04-270 JP/LFG

CITY OF ALBUQUERQUE

      Defendant.

ORDER

On September 4, 2009, Plaintiff Danny Manzanares filed Amended Plaintiff's Motion to

Rescind Judgment and Reopen Case (Doc. No. 53).[1]  On December 7, 2009 through December

11, 2009, the Court held a jury trial to determine damages in Plaintiff's companion case

*Manzanares v. Higdon*, Civ. No. 05-0095.  On December 11, 2009 the jury returned a verdict in

that case awarding Plaintiff, Danny Manzanares, $50,384 in compensatory damages and

$150,000 in punitive damages against Defendant, Sean Higdon.  The Court notes that the

conduct and harm that served as the basis for Plaintiff's recovery of damages in Civ. No. 05-

0095 is the same conduct and harm that Plaintiff alleges in this case.  Thus, because Plaintiff

does not allege damages independent of those for which he has already had a judgment entered

in his favor, any potential recovery in this case would necessarily be duplicative, and therefore

impermissible.  *See EEOC v. Waffle House, Inc.*, 534 U.S. 279, 297 (2002)(noting that "it goes

---

[1] Plaintiff had earlier filed in error Plaintiff's Unopposed Motion to Rescind Judgment and Reopen Case (Doc. No. 52) based upon Plaintiff's counsel's mistaken belief that the City did not oppose Plaintiff's motion.  Plaintiff's amended motion therefore reflects the City's opposition.  However, Plaintiff's counsel did not take any steps to withdraw the mistakenly filed motion, and that motion, therefore, still shows as pending before the Court. Thus, to avoid any confusion, the Court advises the parties that this Order will apply to both versions of the motion.

without saying that courts can and should preclude double recovery by an individual.").

Moreover, City of Albuquerque, the Defendant in this case, will be responsible for paying the

Judgment (Doc. No. 153, Civ. No. 05-0095) entered in favor of Danny Manzanares against Sean

Higdon.  Accordingly, Plaintiff's motions to reopen this case have been rendered moot by the

judgment entered in favor of Plaintiff in the companion case, and the Court finds that Plaintiff's

two motions to reopen this case should be denied on that basis.

      **IT IS THEREFORE ORDERED THAT** Plaintiff's Unopposed Motion to Rescind

Judgment and Reopen Case (Doc. No. 52) and Amended Plaintiff's Motion to Rescind Judgment

and Reopen Case (Doc. No. 53) are DENIED.


_____

SENIOR UNITED STATES DISTRICT JUDGE