IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNY MANZANARES,

        Plaintiff,

vs.　　　　　　　　　　　　　　　　　　No. CIV 04-270 JP/LFG

CITY OF ALBUQUERQUE

        Defendant.

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiff DANNY MANZANARES, through his attorneys, Dennis W. Montoya, MONTOYA LAW, INC., and Arlon Stoker hereby gives notice of his appeal to the United States Tenth Circuit Court of Appeals from the Order Denying his Motion to Rescind Judgment and Reopen Case, which Order was filed on December 14, 2009, and any other final orders and judgments entered herein.

                                                  Respectfully submitted,
                                                  **MONTOYA LAW, INC.**

                                                  **/s/**
                By:  _____
                      Dennis W. Montoya
                      Attorney for Danny Manzanares
                      P.O. Box 15235
                      Rio Rancho, NM 87174
                      (505) 246-8499
                      (505) 246-8599 (facsimile)

I certify that a true copy of the foregoing
Notice of Appeal was filed and served
upon opposing counsel via the court's
electronic server.

**/s/**
_____
Dennis W. Montoya