# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505)528-1425

February 16, 2010

Elisabeth Shumaker, Clerk
United States Court of Appeals
for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, Colorado  80257

Re:   Danny Manzanares v City of Albuquerque, et al.,
      USCA# 10-2011; USDC# 1:04-cv-00270-JAP-WDS

Dear Ms. Shumaker,

   Please be advised that the appellant's transcript order form indicates that a transcript is not necessary for the notice of appeal.

   The appeal record is now complete. Appellant's brief is due to be filed with the Tenth Circuit Court of Appeals forty (40) days from the date of this letter.

Sincerely,

Matthew J. Dykman,
Clerk of the United States District
Court, for the District of NM

cc:  counsel